**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GURKAMAL SINGH, ROSIE SANDHU** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-1666** |
| | : | |
| **JOSEPH B. EDLOW, MARKWAYNE** | : | |
| **MULLIN, TODD BLANCHE** | : | |

# ORDER

**AND NOW**, this 13th day of July 2026, upon considering plaintiffs' amended complaint

(DI 17), it is **ORDERED** defendants' motion to dismiss (DI 13) is **DENIED as moot**.


_____
**MURPHY, J.**